1   KEVIN V. RYAN, CSBN 118321
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
    GENNADIY BARLAN,                      )
12                                        )
                    Plaintiff,            )   Case No. 06-4951 SI
13                                        )
            v.                            )
14                                        )
    DEPARTMENT OF HOMELAND SECURITY;      )
15  et al.,                              )   **STIPULATION TO DISMISS; AND
                                          )   [PROPOSED] ORDER**
16                  Defendants.           )
                                          )
17  ──────────────────────────────────────

18      Plaintiff, by and through his attorneys of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

20  above-entitled action in light of the fact that the United States Citizenship and Immigration

21  Services is prepared to granted Plaintiff's application for naturalization and agrees to do so within

22  14 days from the dismissal of this action.

23      Each of the parties shall bear their own costs and fees.

24  ///

25  ///

26  ///

27  ///

28  ///

STIP. TO DISMISS
C 06-4951 SI

Date: October 20, 2006                                  Respectfully submitted,

                                                        KEVIN V. RYAN
                                                        United States Attorney


                                                        _____/s/_____
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants


                                                        _____/s/_____
Date: October 20, 2006                                  GERI N. KAHN
                                                        MONICA KANE
                                                        Attorneys for Plaintiff


                                    **ORDER**

         Pursuant to stipulation, IT IS SO ORDERED.

                                                        _____

Date:                                                   SUSAN ILLSTON
                                                        United States District Judge

STIP. TO DISMISS
C 06-4951 SI                              2